POLK, PROBER & RAPHAEL, A LAW CORPORATION
DEAN R. PROBER, ESQUIRE, #106207
LEE S. RAPHAEL, ESQUIRE #180030
CASSANDRA J. RICHEY, ESQUIRE #155721
DAVID F. MAKKABI, ESQUIRE #249825
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
C.094-5132

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA (LAS VEGAS)

In re                                                          Bk. No. 09-21423-lbr

BETTY R. HEROLD

                                                               Chapter 11

          Debtor.                                    REQUEST FOR SPECIAL NOTICE

_____/

          IT IS HEREBY REQUESTED that copies of any and all notices and orders sent to any person or entity in connection with this case, including, without limitation, service of any proposed disclosure statement and notice of any hearing to consider the adequacy of the disclosure statement in accordance with 11 U.S.C. §1125 and also including those notices sent pursuant to Subdivision (a) of Bankruptcy Rule 2002, or succeeding rules, be also sent to the agents for BAC Home Loans Servicing, L.P., its assignees and/or successors in interest, claimant herein, addressed as follows:

                              POLK, PROBER & RAPHAEL, A LAW CORPORATION
                              20750 Ventura Boulevard, Suite 100
                              Woodland Hills, California 91364

Dated: July 21, 2009          By /s/ Dean R. Prober
                                 DEAN R. PROBER, ESQ., CA BAR # 106207
                                 As Agent for BAC Home Loans Servicing, L.P.

1

1
2

<u>PROOF OF SERVICE</u>

3

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

4

I, Asalia Catalan, certify that I am a resident of the County aforesaid; I am over the

5

age of 18 years and not a party to the within action; my business address is 20750 Ventura

6

Boulevard, Suite 100, Woodland Hills, California 91364.

7

On, July 30, 2009 I served the within REQUEST FOR SPECIAL NOTICE on all

8

interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed

9

envelope with postage prepaid in the United States Mail at

10

Woodland Hills, California, addressed as follows:

11
12
13

Betty R. Herold
10567 Angelo Tenero Avenue
Las Vegas, NV 89135
Debtor

14
15
16

Robert Spear, Esquire
818 Gass Avenue
Las Vegas, NV 89101
Attorney for Debtor

17
18

Office of the U.S. Trustee
300 Las Vegas Boulevard South, Suite 4300
Las Vegas, NV 89101

19

I declare that I am employed in the office of a member of the Bar at whose direction

20

this service was made.

21

I certify under penalty of perjury that the foregoing is true and correct.

22

Executed on July 30, 2009, at Woodland Hills, California.

23
24

*/s/ Asalia Catalan*
Asalia Catalan

25
26
27
28

2