**WILDE & ASSOCIATES**  Electronically Filed on _____
Gregory L. Wilde. Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas. Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO. ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Wells Fargo Bank, N.A.
10-72868 / 0039042049

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | BK-09-21423-lbr |
|---|---|
| Betty R. Herold | Chapter 11 |
| Debtor. | |

### REQUEST FOR SPECIAL NOTICE

TO THE CLERK, TRUSTEE AND ALL OTHER INTERESTED PARTIES:

1. This request is filed pursuant to Bankruptcy Rule 2002 (g) for the purpose of ensuring that the parties listed below receive all notices required to be mailed under Bankruptcy Rule 2002.

Wells Fargo Bank, N.A.

///

///

///

///

2.  The address to which all such notices in the above-referenced proceeding should be sent to its attorney of record at the addresses listed below:

Gregory L. Wilde. Esq.
Attorney for Secured Creditor
212 South Jones Boulevard
Las Vegas, NV 89107

DATED this 26th day of July, 2010.

WILDE & ASSOCIATES
By_____
Gregory L. Wilde, Esq
GREGORY L. WILDE, ESQ.
Attorney for Secured Creditor
212 South Jones Boulevard
Las Vegas, Nevada 89107

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

MARK S. BOSCO
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone (602) 255-6000
Wells Fargo Bank, N.A.
10-72868 / 0039042049

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEVADA

In Re:

Betty R. Herold

Debtor.

BK-09-21423-lbr

Chapter 11

### CERTIFICATE OF MAILING OF REQUEST FOR SPECIAL NOTICE

1. On  7/26/2010  I served the following document(s):

**REQUEST FOR SPECIAL NOTICE**

2. I served the above-named document(s) by the following means to the persons as listed below:
   X  a. ECF System

   Robert Spear
   rspear@remmelspear.com
   Attorney for Debtor

X  b. **United States mail, postage fully prepaid:**

    Robert Spear
    7456 W. Sahara Ave. Suite 101
    Las Vegas, NV 89117
    Attorney for Debtor

    U.S. Trustee - LV - 11
    300 Las Vegas Boulevard S.
    Suite 4300
    Las Vegas, NV 89101
    Trustee

    Betty R. Herold
    10567 Angelo Tenero Avenue
    Las Vegas, NV 89135
    Debtor

☐  **c. Personal Service**

I personally delivered the document(s) to the persons at these addresses:

    ☐  1.    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney's office with a clerk or other person in charge, or if no one is charge by leaving the document(s) in a conspicuous place in the office.

    ☐  2.    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐  **d. By direct mail**

Based upon the written assignment of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐  **e. By fax transmission**

Based upon the written assignment of the parties to accept service by fax transmission or a court order. I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f. By messenger**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 26th day of July, 2010.

By: *Jamie Miller*